UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

IN RE:

JOSEPH A. FORD, JR.
CHERYL L. FORD                                              CASE NO. 12-30674
                                                            CHAPTER 7
DEBTORS

## AMENDED MOTION FOR ORDER AVOIDING
## LIEN OF THE CREDITOR, REPUBLIC BANK & TRUST COMPANY

* * * * * * * * * * * *

Come now the debtors, Joseph A. Ford, Jr. and Cheryl L. Ford, by counsel, who respectfully state and move as follows:

1.  Debtors were afforded relief under Chapter 7 of the U.S. Bankruptcy Code by order of the Court entered on November 27, 2012. Debtors have attended the requisite Section 341 meeting of creditors, at which time the trustee has abandoned the assets herein as either burdensome to the estate, exempt to which he will not object, or both. Debtors have duly listed among their creditors that certain obligation held by Republic Bank & Trust Company. Said creditor holds a judicial lien impacting a claimed exemption of debtors in their principal residence as more fully set forth below.

2.  Pursuant to the provisions of 11 USC Section 522 (f)(1)(A) and KYEB – LBR 4003-2, debtors state the relevant information pertaining to the judicial lien sought to be avoided is as follows:

    A.  The lien was recorded on November 5, 2012 at Encumbrance Book 36, page 633, Office of the Shelby County Court Clerk and reflects a face amount of $307,171.91 through November 5, 2012.

  B. The exempt property which the lien encumbers is 361 Webb Road, Simpsonville, Shelby County, Kentucky, which is the principal residence of debtors. Debtors initially valued this property in their schedules at $415,000. However, since relief was ordered herein they have been furnished an appraisement obtained by the Shelby County Master Commissioner placing value thereon at $589,000. Debtors have amended their schedules to reflect same. The total of all other judgment liens, exclusive of two mortgages encumbering the property but inclusive of a judgment lien entered by Republic Bank & Trust Company, holder of one of the said mortgages, is perceived to be $1,798,190.30 (net). One or more liens are duplicates, filed both against husband and wife individually and the duplicate is not included in the aforesaid sum.

  C. The actual amount of the claimed exemption at Schedule C is now estimated at $10,000. The two voluntary mortgages, held by Bank of America approximating $245,000.00 and Republic Bank & Trust Company approximating $320,419.69 according to its proof of claim, absorbed the majority, but not the entirety of, the estimated value of the property.

  3. Debtors further state that the aforesaid lien and other liens which are the subject of companion motions herein should be avoided to enable debtors to seek refinancing of their principal residence, or take other steps to retain same.

  WHEREFORE, the debtors respectfully move the Court for entry of an order avoiding the lien of the aforesaid creditor and providing that, unless this case is dismissed, said lien shall not survive this proceeding or affix to or remain enforceable against the interest of debtor in the referenced property following conclusion of this case.

Respectfully submitted,

/s/ John C. Ryan_____
JOHN C. RYAN
212 Washington Street
Frankfort, Kentucky 40601
Telephone:  502/875-1564
Facsimile:   502/875-1564
COUNSEL FOR DEBTOR(S)

## NOTICE AND OPPORTUNITY TO OBJECT

All interested parties will please take notice that in the event no objection hereto is filed in the office of the clerk of the Court with service upon movant within fourteen (14)) days of mailing of this motion, with same assigned for hearing by the objecting party for a date and time certain the Court may enter appropriate order granting the relief sought.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion and Notice has been served by electronic and/or first class mail to Republic Bank & Trust Company, c/o Helene Gordon Williams, Esq., The Republic Building, Suite 1001, 429 W. Muhammad Ali Boulevard, Louisville, Kentucky 40202, Counsel for the Creditor, this 14th day of February 2013.

/s/ John C. Ryan_____
JOHN C. RYAN