UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

IN RE:

JOSEPH A. FORD, JR.
CHERYL L. FORD                                                    CASE NO. 12-30674

DEBTORS

ORDER AVOIDING JUDICIAL LIEN
OF THE CREDITOR, REPUBLIC BANK & TRUST COMPANY


*************

Upon motion of the debtors,  by counsel, adequate and proper notice having been given and the Court being sufficiently advised;

IT APPEARING that a judicial lien of the hereinabove creditor impairs a potential interest of debtors in property constituting their principal residence located at 361 Webb Road, Simpsonville, Shelby County, Kentucky which has been claimed and allowed as exempt, the said judicial lien being of a kind which is avoidable under Section 522 (f) (1) (A) of Title 11, United States Code; and

IT FURTHER APPEARING that the said judicial lien, in the face sum of $307,171.91 as of November 5, 2012, which is of record at Encumbrance Book 36, page 633, Office of the Shelby County Court Clerk, should be and is hereby avoided.  Unless this case is dismissed, this avoided lien will not survive this case or affix to or remain enforceable against the interest of debtors in the referenced property following conclusion of this case;

IT IS FURTHER ORDERED that the clerk of the Shelby County Court shall be

authorized and permitted to utilize copy of this order for recording purposes and shall

enter same in the nature of a release of that lien of record at Encumbrance 36, page 633,

in the said office.


Pursuant to Local Rule 9022-1(c),
John C. Ryan shall cause a copy of
this order to be served on each of the
parties  designated to receive this
order pursuant to Local Rule 9022-1(a)
and shall file with the court a certificate
of service of the order upon such parties
within ten (10) days hereof.


COPIES TO:

John C. Ryan, Esq.
212 Washington Street
Frankfort, Kentucky 40601
COUNSEL FOR DEBTORS

Republic  Bank & Trust Company
c/o Helene Gordon Williams, Esq.
The Republic  Building, Suite 1001
429 W. Muhammad Ali Boulevard
Louisville, Kentucky 40202

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document*
*has been signed by the Judge and electronically entered by the Clerk in the*
*official record of this case.*



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Monday, March 04, 2013**
**(grs)**